| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>RAGGI, REENA | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☐ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, JUDICIAL ADVISORY BOARD | GEORGE MASON SCHOOL OF LAW, CENTER FOR LAW AND ECONOMICS |
| 2. MEMBER, PARISH COUNCIL | CHURCH OF THE ASSUMPTION, BROOKLYN NEW YORK |
| 3. TRUSTEE | WILLIAM NELSON CROMWELL FOUNDATION |
| 4. SECRETARY, BOARD | PIERREPONT STREET TENANTS' ASSOCIATION |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☑ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 20 P 1: 15 FINANCIAL DISCLOSURE OFFICE

Raggi_Reena

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/07/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | NEW YORK UNIVERSITY LAW SCHOOL - SALARY | $25,830.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. DUKE LAW SCHOOL | 01/31/2008 | DURHAM, NC | LECTURE | HOTEL AND MEALS |
| 2. WESTERN NEW ENGLAND COLLEGE OF LAW | 05/15/2008 | SPRINGFIELD, MA | COMMENCEMENT AD DRESS | HOTEL AND MEALS |
| 3. HARVARD LAW SCHOOL | 10/05/2008 | WASHINGTON, DC | LECTURE | HOTEL AND MEALS |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/07/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK PREFERRED MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 2. CITIBANK SAVINGS ACCOUNT | B | Interest | J | T | | | | | |
| 3. CITIBANK CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 4. CITI NEW YORK TAX FREE RESERVE MMF - R | C | Interest | M | T | | | | | |
| 5. CITI NEW YORK TAX FREE RESERVE MMF -● | A | Interest | J | T | | | | | |
| 6. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.1 - R | | | | | | | | | |
| 7. -FEDERAL HOME LOAN BANK CONS BONDS | C | Interest | | | REDEMPTION | 12/25 | L | | |
| 8. -FEDERAL FARM CREDIT BANK CONS BONDS | D | Interest | N | T | REDEEM PART | 03/30 | L | B | |
| 9. -NEW YORK CITY HLTH & HOSP CRP TAX EXEMPT MUNI BONDS | | None | | | Closed | | | | |
| 10. -NEW YORK CITY GENL OBLIG TAX EXEMPT OID | | None | | | Closed | | | | |
| 11. -U.S. TREASURY NOTES SER R 2011 DTD 12/31/2006 | E | Interest | O | T | | | | | |
| 12. -FEDERAL HOME LOAN BANK CONS BOND DTD 05/18/2005 | B | Interest | | | Redeemed | 02/08 | M | | |
| 13. -FEDERAL HOME LOAN BANK CONS BONDS DTD 01/29/03 | D | Interest | | | Redeemed | 02/01 | M | | |
| 14. -NEW YORK ST URBAN DEV CORP REV RFDG | D | Interest | M | T | | | | | |
| 15. -CORPORATE BOND - GENERAL ELEC CAP CORP DTD-3/06/2008 | C | Interest | L | T | Buy | 03/03 | L | | |
| 16. -NEW YORK CITY G/O SER I DD 04/01/04 F/C 8/1/04 | B | Interest | M | T | Buy | 06/03 | M | | |
| 17. -NEW YORK N Y GENL OBLIG BDS-G-B/E DD 01/03/2008 | | None | L | T | Buy | 08/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -CERTIFICATE OF DEPOSIT | | None | L | T | Buy | 09/29 | L | | |
| 19.   CITIGROUP GLOBAL MKTS INC ACCOUNT NO.2 -● | | | | | | | | | |
| 20.   -FEDERAL NATL MTG MEDIUM TERM NOTE | C | Interest | | | Redeemed | 01/25 | M | | |
| 21.   -VARIOUS NY STATE AND NY CITY TAX EXEMPT MUNI BONDS | | None | | | Closed | | | | |
| 22.   -NY STATE DORM AUTH REVS ST TAX EXEMPT OID | B | Interest | K | T | | | | | |
| 23.   -U.S. TREASURY STRIPS | | None | | | Closed | | | | |
| 24.   CITIGROUP GLOBAL MKTS INC ACCOUNT NO.3 -● | | | | | Closed | | | | |
| 25.   GREENWICH ST.EMPLOYEES FUND | | | | | Closed | | | | |
| 26.   NY COLLEGE SAVINGS ACCT -● | | | | | Closed | | | | |
| 27.   NY COLLEGE SAVINGS ACCT - R | | | | | Closed | | | | |
| 28.   KEOGH PLAN - MERRILL LYNCH-● | | | | | Transferred (to line 32) | | | | |
| 29.   CITIGROUP 401K PLAN | | | | | | | | | |
| 30.   -STANDISH MELLON STABLE VALUE | | | | | Sold | 01/14 | K | | |
| 31.   -RUSSELL 3000 INDEX | | | | | Sold | 01/14 | N | | |
| 32.   CITIBANK IRA MONEY MARKET ACCOUNT-R | A | Interest | J | T | Transferred (to line 33) | | | | |
| 33.   CITI SMITH BARNEY CGM IRA CUST-R | | | | | | | | | |
| 34.   -GENERAL ELECTRIC CAPITAL CORP | C | Interest | M | T | Buy | 06/04 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -GENERAL ELECTRIC CAPITAL CORP | C | Interest | M | T | Buy | 09/2 | M | | |
| 36. -COCA COLA ENETRPRISE INC NOTES- ZERO CPN | C | Interest | M | T | Buy | 03/03 | M | | |
| 37. - GOVERNMENT BONDS | C | Interest | L | T | Buy | 03/11 | L | | |
| 38. CHARLES SCHWAB MMF IRA ACCO UNT - ● | | | | | Closed | | | | |
| 39. CHARLES SCHWAB & CO INC CUST I RA ROLLOVER | B | Interest | L | T | | | | | |
| 40. VANGUARD NEW YORK TAX-EXEMPT MMF | D | Dividend | O | T | Redeemed (part) | 06/17 | M | | |
| 41. VANGUARD INTER-TERM TAX-EXEM PT ADMIRAL SHS | C | Dividend | M | T | Buy | 06/17 | M | | |
| 42. VANGUARD TOTAL STOCK MARKET INDEX FUND ADM | B | Dividend | M | T | Buy | 06/17 | M | | |
| 43. THE VANGUARD GROUP IRA ROLLO VER - R | | | | | | | | | |
| 44. -VANGUARD PRIME MONEY MARKET FUND | D | Dividend | N | T | Open | 01/28 | N | | |
| 45. -VANGUARD TOTAL BOND MARKET I NDEX FUND | C | Dividend | M | T | Open | 06/17 | L | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) PART VII, PAGE 5, LINE 25: THIS ASSET WAS TRANSFERRED TO THE ESTATE ██████████████ ON FEBRUARY 5, 2007.

2) PART VII, PAGE 5, LINE 30: THIS ASSET WAS FORMERLY KNOW AS STABLE VALUE FUNDS.THE ASSETS WERE SOLD ON JANUARY 14, 2008 AND ROLLOVERED TO THE VANGUARD GROUP IRA ROLLOVER ACCOUNT.

3) PART VII, PAGE 5, LINE 31: THIS ASSET WAS FORMERLY KNOW AS SALOMON CAPITAL FUND. THE ASSETS WERE SOLD ON JNUARY 14, 2008 AND ROLLOVERED TO THE VANGUARD GROUP IRA ROLLOVER ACCOUNT.

4) PART VII, PAGE 5, LINE 39: THIS ASSET REPRESENTS FUNDS FROM A DIRECT ROLLOVER OF AN IRA ACCOUNT OWNED BY ██████ ██████ (DEC 02/05/2007).

5) PART VII, PAGE 5, LINE 40: THIS ASSET ACCOUNT WAS OPENED ON 09/27/2007 FROM THE PROCEEDS OF A LIFE INSURANCE POLICY ON ██████████████ (DEC 02/05/2007).

6) PART VII,PAGE 5, LINE 24: THIS ACCOUNT WAS CLOSED ON JULY 5, 2006.

7) PART VII,PAGE 5, LINE 23: THESE ASSETS WERE REDEMED ON NOVEMBER 15, 2006.

8) PART VII,PAGE 5, LINE 26: THIS ACCOUNT WAS CLOSED ON JANUARY 31, 2007.

9) PART VII,PAGE 5, LINE 27: THIS ACCOUNT WAS CLOSED ON JANUARY 31, 2007.

10)PART VII,PAGE 5, LINE 28: THIS ACCOUNT REPRESENTS THE RETIREMENT ASSETS OF ██████████(DEC 02/05/2007). THE ASSETS WERE TRANSFERRED TO CITIBANK ROLLOVER IRA ACCOUNT ON FEBRUARY 29, 2008.

11)PART VII,PAGE 5, LINE 29: THIS ACCOUNT REPRESENTS THE RETIREMENT ASSETS OF ██████████(DEC 02/05/2007). THE ASSETS WERE SOLD ON JANUARY 14, 2008 AND TRANSFERRED TO THE VANGUARD GROUP IRA ROLLOVER ACCOUNT.

12)PART VII,PAGE 6, LINE 38: THIS ACCOUNT WAS CLOSED ON NOVEMBER 27, 2007.

13)PART VII,PAGE 6, LINE 44: THIS ACCOUNT WAS OPENED ON JANUARY 28, 2008 FROM THE ROLLOVER FUNDS FROM THE CITIGROUP 401(K) PLAN FROM LINE #30 AND lINE #31.

14)PART VII,PAGE 6, LINE 45: THIS ACCOUNT WAS OPENED ON JUNE 17, 2008 AS AN EXCHANGE FROM THE VANGUARD PRIME MONEY MARKET FUND FROM LINE #44.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544